No. 888. WENSTRAND *v.* ALBERT PICK & Co.   June 2, 1930.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Daniel M. Dever* for petitioner.   *Mr. Samuel E. Hirsch* for respondent.

No. 894. IRON MOUNTAIN OIL Co. *v.* ALEXANDER, COLLECTOR OF INTERNAL REVENUE.   June 2, 1930.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Messrs. Henry S. Conrad* and *Lisbon E. Durham* for petitioner.   *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, J. Louis Monarch,* and *Miss Helen R. Carloss* for respondent.

No. 902. ALKSNE *v.* UNITED STATES.   June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Messrs. William H. Lewis* and *Matthew L. McGrath* for petitioner.   *Solicitor General Thacher, Assitant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *A. W. Henderson* for the United States.

No. 908. CURTIS ET AL. *v.* UNITED STATES.   June 2, 1930.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Julian C. Ryer* for petitioners.   *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 912. FLYNN EX REL. KING *v.* TILLINGHAST, COMMISSIONER OF IMMIGRATION.   June 2, 1930.   Petition for